**THIS ORDER IS APPROVED.**

Dated: January 14, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**



# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31875/0259061463

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-31881-JMM |
| Christopher Papoutsis<br>            Debtor. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>            Movant,<br>    vs.<br>Christopher Papoutsis, Debtor, Beth Lang, Trustee.<br>            Respondents. | ORDER<br><br>(Related to Docket #8) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 24, 2007 and recorded in the office of the Pima County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Christopher Papoutsis has an interest in, further described as:

> Unit 52, of TIERRA CATALINA CONDOMINIUM, a condominium as created by that certain Declaration recorded February 22, 2005 as Docket 12494, page 731, and shown on the plat of said condominium recorded February 22, 2005 as Book 59 of Maps, page 36, in the office of the County Recorder of Pima County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT